AO 451 (Rev. 11/91 Certification of Judgment

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CERTIFICATION OF JUDGMENT
### FOR REGISTRATION IN
### ANOTHER DISTRICT

**TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, HEALTH BENEFIT, EDUCATIONAL, ELEVATOR INDUSTRY WORK PRESERVATION FUNDS, ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN**

v.

Case Number: 06-5341

STENSON-PACIFIC ELEVATOR COMPANY

I, <u>Michael E. Kunz</u>, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on <u>2/23/07</u>, as it appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

<u>MICHAEL E. KUNZ</u>
Clerk

<u>5/2/08</u>
Date

Robert D. Fehrle, (by) Deputy Clerk

---

\*Insert the appropriate language:..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed," ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†)Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUSTEES OF THE NATIONAL ELEVATOR   :
INDUSTRY PENSION, HEALTH BENEFIT,   :
EDUCATIONAL, ELEVATOR INDUSTRY   :
WORK PRESERVATION FUNDS, ELEVATOR   :
CONSTRUCTORS ANNUITY AND   :
401(K) RETIREMENT PLAN   :
                      :
            Plaintiffs,   :
                      :
      v.   :   CIVIL ACTION NO. 06-5341
                      :
STENSON-PACIFIC ELEVATOR CO.   :
                      :
           Defendant.   :

**FILED FEB 23 2007**

## JUDGMENT

In consideration of Plaintiffs' Motion for Judgment by Default and Memorandum in Support; Motion for Attorney's Fees and Costs and Memorandum and Statement in Support, and good cause having been shown, it is this 23 day of February, 2007;

ORDERED that ~~the Motion is granted and~~ Judgment is entered in favor of the Plaintiffs for the following obligations and amounts:

| | |
|---|---|
| Contributions Owed for the months of December 2004 through and including June 2006 | $62,043.00 |
| Estimated contributions for July through and including November 2006 | $30,278.25 |
| Liquidated Damages | $18,464.25 |
| Interest | $5,570.53 |
| Attorney's Fees | $1,150.00 |
| Costs | $453.00 |

**ENTERED**

**FEB 23 2007**

**CLERK OF COURT**

**Total**                                    $117,959.03


JUDGMENT is hereby entered against the Defendant in the amount of $117,959.03.

_____
Judge Eduardo C. Robreno