POS-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| MICHAEL C. MILLER   SBN 51155<br>LAW OFFICES OF MICHAEL C. MILLER<br>530 Oak Grove Ave., Suite 106<br>Menlo Park, CA 94025<br>TELEPHONE NO.: (650) 323 2003   FAX NO. *(Optional)*: 650 323 2005<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: TRUSTEES OF THE NATIONAL ELEVATOR INDU | FILED<br>08 JUN 30 AM 9:51<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. District Court<br>STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA<br>MAILING ADDRESS: 450 GOLDEN GATE AVENUE<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: | |
| PETITIONER/PLAINTIFF: TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, et al.<br>RESPONDENT/DEFENDANT: STENSON-PACIFIC ELEVATOR CO. | |
| **PROOF OF PERSONAL SERVICE—CIVIL** | CASE NUMBER:<br>CV 08 80118MISC |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.**
2. I served the following **documents** *(specify)*: Writ of Execution, Notice of Levy (to Bank of the West), Garnishee's Memorandum

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:
   a. Name: MING MACK, CSM        Bank of the West
   b. Address: 801 Clement St, San Francisco, CA 94122
   c. Date: 6/27/08
   d. Time: 2:57 pm

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☐ not a registered California process server.
   b. ☒ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify)*:

   ABRAHAM PRADO
   505 HEATHER WAY
   SAN RAFAEL, CA 94903    MARIN COUNTY #189

6. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: 6/27/08

Abraham Prado
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)   ▶ *(signature)*
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

Legal Solutions Plus

Code of Civil Procedure, § 1011

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MICHAEL C. MILLER  SBN 51155<br>LAW OFFICES OF MICHAEL C. MILLER<br>530 Oak Grove Ave., Suite 106<br>Menlo Park, CA 94025<br>TELEPHONE NO.: (650) 323 2003   FAX NO. (Optional): 650 323 2005<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): TRUSTEES OF THE NATIONAL ELEVATOR INDU | ORIGINAL FILED<br>JUN 30 2008<br>RICHARD W. WIEKING<br>NORTHERN DISTRICT OF CALIFORNIA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S.DISTRICT COURT
STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: 450 GOLDEN GATE AVENUE
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME:

PETITIONER/PLAINTIFF: TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, et al.
RESPONDENT/DEFENDANT: STENSON-PACIFIC ELEVATOR CO.

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**

CASE NUMBER:
CV 08 0811MISC

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is: 505 Heather Way, San Rafael, CA 94903

3. On (date): 6/27/08   I mailed from (city and state): SAN FRANCISCO, CA
   the following documents (specify): WRIT OF EXECUTION, NOTICE OF LEVY (TO Stenson-Pacific Elevator Co), EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENT

   [ ] The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one)*:
   a. [X] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Thomas E. O'Neill, Presdent, Stenson-Pacific Elevator Co.
   b. **Address** of person served: 1688 16th Avenue, San Francisco, CA 94122

   [ ] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/27/08

Abraham Prado
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)       ▶ (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
*(Proof of Service)*

Legal Solutions Plus

Code of Civil Procedure, §§ 1013, 1013a